[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-11539
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 27, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-00009-CR-4-SPM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHAWN LEONDO BARR,
a.k.a. BLOC,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(November 27, 2007)

Before BIRCH, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Clyde M. Taylor, Jr., appointed counsel for Shawn Leondo Barr, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. As independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Barr's conviction and sentence are **AFFIRMED**.